1   Amy F. Sorenson (NV Bar No. 12495)
    Blakeley E. Griffith (NV Bar No. 12386)
2   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
3   Las Vegas, NV 89169
    Telephone: (702) 784-5200
4   Facsimile: (702) 784-5252
    Email: asorenson@swlaw.com
5          bgriffith@swlaw.com
    *Attorneys for Wells Fargo Bank, National Association*
6   *and Federal National Mortgage Association*

7

                    **UNITED STATES DISTRICT COURT**

8

                         **DISTRICT OF NEVADA**

9

10  H&N PROPERTIES, LLC, a Nevada limited        Case No. 2:15-CV-00025-JCM-VCF
    liability company,
11
                    Plaintiff,
12
                                                 **STIPULATION AND ORDER TO EXTEND**
    Vs.                                          **DEADLINE TO ANSWER COMPLAINT**
13                                               **TO FEBRUARY 17, 2015**

    QUALITY LOAN SERVICE
14  CORPORATION, a California corporation;       **(Second Request)**
    WELLS FARGO BANK, NATIONAL
15  ASSOCIATION, a Domestic corporation;
    FEDERAL NATIONAL MORTGAGE
16  ASSOCIATION; and DOES I through V
    inclusive,
17
                    Defendants.
18

19

20          This *Stipulation and Order to Extend Deadline to Answer Complaint to February 17,*

21  *2015* ("Stipulation") is entered into as of the date below by and between Wells Fargo Bank,

22  National Association ("Wells Fargo") and Federal National Mortgage Association ("Fannie

23  Mae") and together with Wells Fargo, the "Defendants"), by and through its counsel, Snell &

24  Wilmer L.L.P., and H&N Properties, LLC ("Plaintiff" and collectively with Defendants, the

25  "Parties"), by and through its counsel, Mont E. Tanner, Esq., based on the following facts:

26          WHEREAS, Plaintiff filed a *Complaint* ("Motion") in District Court, Clark County,

27  Nevada on November 3, 2014, Case No. A-14-709390-C;

28

20896445

WHEREAS, Defendants filed a *Petition for Removal* and a *Notice of Removed Action* to the U.S. District Court, District of Nevada on January 6, 2015, Case No. 2:15-CV-00025-JCM-VCF;

WHEREAS, the Parties stipulate and agree as follows:

1.     Defendants shall have an extension until February 17, 2015 to answer the Complaint.

Dated:  February 5, 2015.

SNELL & WILMER L.L.P.


By:     /s/ Blakeley E. Griffith
Amy F. Sorenson (NV Bar No. 12495)
Blakeley E. Griffith (NV Bar No. 12386)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
*Attorneys for HSBC Bank USA, National Association*

Dated:  February 5, 2015.

LAW OFFICES OF MONT E. TANNER


By:     /s/ Mont E. Tanner
Mont E. Tanner (NV Bar No. 4433)
2950 E. Flamingo Rd., Suite G
Las Vegas, NV 89121
Telephone: (702) 369-9614
Facsimile: (702) 369-5731
*Attorney for Plaintiff*

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 2 -

20896445

**ORDER**

IT IS SO ORDERED.

Dated this ___ 6th ___ day of _____ February _____, 2015.

_____

UNITED STATES ~~DISTRICT~~ JUDGE

Magistrate


Respectfully submitted:


SNELL & WILMER L.L.P.


By:    /s/ Blakeley E. Griffith
       Amy F. Sorenson (NV Bar No. 12495)
       Blakeley E. Griffith (NV Bar No. 12386)
       3883 Howard Hughes Parkway, Suite 1100
       Las Vegas, NV 89169
       Telephone: (702) 784-5200
       Facsimile:  (702) 784-5252
       *Attorneys for Wells Fargo Bank, National*
       *Association and Federal National Mortgage Association*

20896445

1

**CERTIFICATE OF SERVICE**

2

3       I hereby certify that on February 5, 2015, I electronically filed the foregoing with the

4   Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF

5   system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF

6   system.

7

8       DATED this 5th day of February 2015.

9                                            _Mary Full_

10                                          Mary Full

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

- 4 -

20896445